UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-00079-BO-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMAL TERRELL GRIGGS | ) | |
| | ) | |

This matter comes now before the Court upon motion of the United States, by and through the United States Attorney, with the consent of the defendant, to continue the Suppression Hearing in the above-captioned case. For good cause shown, Government's Motion to Continue is hereby GRANTED and this matter is continued to the _Jen 17_ term of court.

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial, and excludes any intervening period of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h).

SO ORDERED.

This the _3_ day of January, 2023.

_/s/ Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge